IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MORNINGSTAR BLACKHORSE,

    Plaintiff,

v.                                                  Case No. 1:25-cv-00328-LF-KRS

UNITED STATES POSTAL SERVICE;
UNITED STATES OF AMERICA;
DALE WEST, JR.; SUSAN YARBRO;
MICHAEL KING, and
YET-TO-BE-IDENTIFIED CO-CONSPIRATORS
AND/OR OTHER LIABLE INDIVIDUALS,

    Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO EXTEND RESPONSE DEADLINE**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend Response Deadline, (Doc. 20), filed July 23, 2025, to extend the deadline to file a Response to Defendants' Motion to Dismiss for Failure to State a Claim, (Doc. 18), filed on July 18, 2025.

The Court having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised, hereby FINDS that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED the deadline for Plaintiff to Respond to Defendants' Motion to Dismiss for Failure to State a Claim, (Doc. 18), is extended to **August 15, 2025.**

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE